JOHN E. KUHN, JR.
United States Attorney

YUNAH CHUNG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: yunah.chung@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00033-SLG-KFR |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) DISTRIBUTION OF |
| vs. | ) METHAMPHETAMINE |
| | )   Vio. of 21 U.S.C. § 841(a)(1), |
| HARDY FATUILESILA MUASAU, | ) (b)(1)(A) |
| Defendant. | ) <u>COUNT 2</u>: |
| | ) FELON IN POSSESSION OF A |
| | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) 924(a)(2) |
| | ) <u>CRIMINAL FORFEITURE</u> |
| | ) <u>ALLEGATION</u>: |
| | )   18 U.S.C. § 924(d), 28 U.S.C. |
| | ) § 2461(c), and Fed. R. Crim. P. 32.2(a) |

//

//

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about February 20, 2020, within the District of Alaska, the defendant, HARDY FATUILESILA MUASAU, did knowingly and intentionally distribute a controlled substance, to wit: 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

## COUNT 2

On or about February 20, 2020, within the District of Alaska, the defendant, HARDY FATUILESILA MUASAU, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. Springfield Armory Pistol, Model: XDM-40, Caliber: .40;
2. Springfield Armory Pistol, Model: SD-45, Caliber: .45;
3. Taurus Pistol, Model PT-1911, Caliber: .45;
4. Israel Military Industries (IMI-IWI) Pistol, Model: Desert Eagle, Caliber: .50;
5. Smith & Wesson Pistol, Model: 622, Caliber: .22; and
6. Intratec Pistol, Model: AB-10, Caliber: 9MM.

//
//
//

Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| May 29, 2009 | Assault in the First Degree | Alaska Superior Court | 3AN-06-528 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), set forth in Count 2 of this Indictment, the defendant, HARDY FATUILESILA MUASAU, shall forfeit to the United States any firearms and ammunition used in knowing commission of the offense, including but not limited to the firearms set forth under Count 2 of this Indictment, to wit:

1. Springfield Armory Pistol, Model: XDM-40, Caliber: .40, Serial number: MG326588;
2. Springfield Armory Pistol, Model: SD-45, Caliber: .45, Serial number: US654512;
3. Taurus Pistol, Model PT-1911, Caliber: .45, Serial number: NB083781;
4. Israel Military Industries (IMI-IWI) Pistol, Model: Desert Eagle, Caliber: .50, Serial number: 85424;
5. Smith & Wesson Pistol, Model: 622, Caliber: .22, Serial number: THF2891; and
6. Intratec Pistol, Model: AB-10, Caliber: 9MM, Serial number: A050834.

All pursuant to 21 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Yunah Chung
YUNAH CHUNG
Assistant U.S. Attorney
United States of America

s/ John E. Kuhn, Jr.
JOHN E. KUHN, JR.
United States Attorney
United States of America

DATE: April 19, 2022